UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| LANDON KNIGHT ET AL,<br><br>   Plaintiffs,<br><br>vs.<br><br>SIBANYE STILLWATER LIMITED ET AL,<br><br>   Defendants. | Case No. CV-23-037-BLG-KLD<br><br>JUDGMENT IN A CIVIL CASE |

  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 **X** **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

  IT IS ORDERED AND ADJUDGED that all four causes of action alleged in the First Amended Complaint are completely preempted under § 301 of the LMRA and are hereby dismissed.

  Dated this 30th day of January, 2024.

            TYLER P. GILMAN, CLERK

            By: /s/ Annie Puhrmann
            Annie Puhrmann, Deputy Clerk